M. ANDERSON BERRY (262879)
aberry@justice4you.com
GREGORY HAROUTUNIAN (330263)
gharoutunian@justice4you.com
BRANDON P. JACK (325584)
bjack@justice4you.com
**CLAYEO C. ARNOLD**
**A PROFESSIONAL CORPORATION**
6200 Canoga Avenue, Suite 375
Woodland Hills, CA 91367
Telephone: (747) 777-7748
Fax: (916) 924-1829

*Attorneys for Plaintiffs and the Proposed Class*

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| PETER MELITO and VANESSA MELITO, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>vs.<br><br>OPTIMA TAX RELIEF, LLC,<br><br>Defendant. | Case No. 8:23-cv-00812-HDV-JDE<br><br>**NOTICE OF SETTLEMENT** |

**NOTICE IS HEREBY GIVEN** that Defendant Optima Tax Relief, LLC ("Optima") and Plaintiffs Peter Melito and Vanessa Melito, have agreed to resolve Plaintiffs' claims against Optima. Based on the timing of the settlement, the parties contemplate filing a Stipulation to Dismiss, with Prejudice, each party to bear their own attorneys' fees and costs, within the next thirty-five (35) days.

No dates have been scheduled by the Court in this matter, other than Defendant's Motion to Compel Arbitration that was heard on November 16, 2023 and taken under submission.

Accordingly, the parties stipulate, and respectfully request that the Court vacate the Motion to Compel Arbitration and any other existing deadlines pending dismissal.

DATED: December 1, 2023       By: */s/Gregory Haroutunian*
                                                        M. Anderson Berry (262879)
                                                        Gregory Haroutunian (330263)
                                                        Brandon P. Jack (3225584)
                                                        **CLAYEO C. ARNOLD**
                                                        **A PROFESSIONAL CORPORATION**
                                                        6200 Canoga Avenue, Suite 375
                                                        Woodland Hills, CA 91367
                                                        Telephone: (747) 777-7748
                                                        Facsimile: (916) 924-1829
                                                        *aberry@justice4you.com*
                                                        *gharoutunian@justice4you.com*
                                                        *bjack@justice4you.com*

                                                        *Attorneys for Plaintiff and the Proposed Class*

DATED: December 1, 2023       By: */s/David A. Yudelson*
                                                        David A. Yudelson
                                                        **CONSTANGY, BROOKS, SMITH**
                                                        **& PROPHETE, LLP**
                                                        2029 Century Park East, Suite 1100
                                                        Los Angeles, CA  90067
                                                        Telephone:  (310) 256-3084
                                                        Fax:  (424) 465-6630
                                                        Email**:** *dyudelson@constangy.com*

                                                        *Attorneys for Defendant Optima Tax Relief, LLC*

**Certification of Compliance with C.D. Cal. L.R. 5-4.3.4**

I hereby certify that pursuant to C.D. Cal. L.R. 5-4.3.4, I have obtained the authorization from the above signatory representing Defendant to file the above-referenced document, and the above signatory concurs in the filing's content.

DATED: December 1, 2023

                                        */s/Gregory Haroutunian*

                                        Gregory Haroutunian