UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA
**CIVIL MINUTES – GENERAL**

JS-6

| | |
|---|---|
| Case No. SA CV 23-00812-HDV-JDEx | Date February 7, 2024 |
| Title *Peter Melito et al v. Optima Tax Relief LLC* | |

Present: The Honorable  Hernán D. Vera, United States District Judge

| Wendy Hernandez | CourtSmart |
|---|---|
| Deputy Clerk | Court Reporter |

| Attorney(s) Present for Plaintiff(s): | Attorney(s) Present for Defendant(s): |
|---|---|
| Gregory Haroutunian (Zoom) | Sydney Wright |

**Proceedings:** STATUS OF SETTLEMENT

The parties advise the Court that they have a signed settlement agreement, and that payment will be made this week. Based on this representation, all hearing dates and deadlines are vacated, and the case is dismissed. The Court will retain jurisdiction for 60 days to reopen the case if the settlement is not finalized before then.

**IT IS SO ORDERED.**

Time: /04